UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:96-cr-00066-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DARRYL ANTOINE COLEMAN,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release. The Supervising Officer has provided the court with a written concurrence and the government has provided a written indication that it does not object. Having determined defendant has successfully completed nine years on supervised release, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#682) is GRANTED, and defendant's Supervised Release is TERMINATED successfully.

Signed: June 20, 2016

Max O. Cogburn Jr
United States District Judge